# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-3144

_____

| | | |
|---|---|---|
| William Thurmond | * | |
| | * | |
|     Plaintiff-Appellant, | * | |
| | * | |
| | * | Appeal from the United States |
|     v. | * | District Court for the |
| | * | Eastern District of Missouri |
| | * | |
| William Wilkenloh and Karen | * | |
| Wilkenloh, his wife, Individually | * | [UNPUBLISHED] |
| and as Trustee of the Karen M. | * | |
| Wilkenloh Revocable Living Trust | * | |
| | * | |
|     Defendants-Appellees. | * | |

_____

Submitted: April 11, 2001
Filed: October 5, 2001

_____

Before WOLLMAN AND MURPHY, Circuit Judges, and GOLDBERG,[1] Judge.

_____

PER CURIAM.

_____

[1]The Honorable Richard W. Goldberg, Judge, United States Court of International Trade, sitting by designation.

Plaintiff-appellant, William Thurmond, appeals the district court's[2] order granting defendants-appellees' Motion for Summary Judgment.   Thurmond brought suit against the defendants-appellees claiming they were liable for the injuries he sustained during a fall from the roof of their home while performing roof work. Thurmond was employed at the time of the accident by an independent contractor hired by the defendants-appellees.  Subject matter jurisdiction was established by diversity of citizenship.  See 28 U.S.C. § 1332 (1994).

Thurmond claims that the trial court erred by granting summary judgment because a genuine issue of material fact existed as to whether Thurmond was injured as a result of an inherently dangerous activity.  We affirm the decision of the district court.

After a careful examination of the record, this Court finds that the trial court did not commit error by granting the defendants-appellees' Motion for Summary Judgment.  The trial court correctly determined, as a matter of Missouri law, that the roofing work was not inherently dangerous.  See Hatch v. V.P. Fair Foundation, Inc., 990 S.W.2d 126, 136 (Mo. Ct. App. 1990) ("If . . . the trial court concludes the activity does not involve some peculiar risk of harm, then the activity is not inherently dangerous as a matter of law."); Hofstetter v. Union Electric Co., 724 S.W.2d 527, 529-30 (Mo. Ct. App. 1986). Under Eighth Circuit Rule 47B, no further commentary is warranted.

A true copy.

   Attest:

      CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[2]The Honorable Jean C. Hamilton, Chief Judge, United States District Court for the Eastern District of Missouri.